IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Claudia Patricia Sosa-Casasola,<br><br>   Petitioner,<br><br>vs.<br><br>Eric H. Holder, et al.,<br><br>   Respondents. | CIV-13-2442-PHX-SRB (MHB)<br><br>**REPORT AND RECOMMENDATION** |

TO THE HONORABLE SUSAN R. BOLTON, UNITED STATES DISTRICT JUDGE:

Petitioner Claudia Patricia Sosa-Casasola (A205-415-708), who is represented by counsel, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. 1). Petitioner seeks an order granting her a bond hearing before an IJ as provided in Rodriguez v. Robbins, 715 F.3d 1127 (9th Cir. 2013).

On January 7, 2014, Respondents filed a Notice to Court and Suggestion of Mootness demonstrating that on January 2, 2014, Petitioner was removed from the United States pursuant to the IJ's April 11, 2013 Order of Removal. (Doc. 11, Exh. 1.) Thus, it appearing that Petitioner is no longer in custody and that there is no longer a live case or controversy in this matter, the Court issued an Order to show cause requiring Petitioner to show cause why this action should not be dismissed as moot.

1  On January 15, 2014, Petitioner, through counsel, filed a Motion to Dismiss conceding
2  that, in light of Petitioner's removal from the United States, her Petition for Writ of Habeas
3  Corpus pursuant to 28 U.S.C. § 2241 is now moot.

4  Accordingly, in light of Petitioner's removal and it appearing that no case or
5  controversy remains, the Court will recommend that Petitioner's Petition for Writ of Habeas
6  Corpus be dismissed as moot.

7  **IT IS THEREFORE RECOMMENDED** that Petitioner's Petition for Writ of
8  Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. 1) be **DISMISSED** as moot and without
9  prejudice;

10  **IT IS FURTHER RECOMMENDED** that Petitioner's Motion to Dismiss (Doc. 13)
11  be **DENIED** as moot.

12  This recommendation is not an order that is immediately appealable to the Ninth
13  Circuit Court of Appeals. Any notice of appeal pursuant to Rule 4(a)(1), Federal Rules of
14  Appellate Procedure, should not be filed until entry of the district court's judgment. The
15  parties shall have fourteen days from the date of service of a copy of this recommendation
16  within which to file specific written objections with the Court. See 28 U.S.C. § 636(b)(1);
17  Rules 72, 6(a), 6(b), Federal Rules of Civil Procedure. Thereafter, the parties have fourteen
18  days within which to file a response to the objections. Failure timely to file objections to the
19  Magistrate Judge's Report and Recommendation may result in the acceptance of the Report
20  and Recommendation by the district court without further review. See United States v.
21  Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003). Failure timely to file objections to any
22  factual determinations of the Magistrate Judge will be considered a waiver of a party's right
23  to appellate review of the findings of fact in an order or judgment entered pursuant to the
24  Magistrate Judge's recommendation. See Rule 72, Federal Rules of Civil Procedure.

25  \\\
26  \\\
27  \\\
28

1  DATED this 16th day of January, 2014.

*Michelle H. Burns*
Michelle H. Burns
United States Magistrate Judge

- 3 -