NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Claudia Patricia Sosa-Casasola,<br><br>　　　　　　Petitioner,<br><br>v.<br><br>Eric Himpton Holder, et al.,<br><br>　　　　　　Respondents. | No. CV-13-02442-PHX-SRB<br><br>**ORDER** |

　　　　Petitioner, Claudia Patricia Sola-Casasola, filed her Petition for Writ of Habeas Corpus on November 27, 2013. On January 16, 2014, Petitioner filed a Motion to Dismiss as Moot advising the Court that Petitioner was removed to Guatemala.

　　　　The Magistrate Judge filed her Report and Recommendation on January 16, 2014 recommending that Petitioner's Petition for Writ of Habeas Corpus be dismissed as moot and without prejudice and that Petitioner's Motion to Dismiss be denied as moot.

　　　　In her Report and Recommendation the Magistrate Judge advised the parties that they had 14 days from the date of service of a copy of the Report and Recommendation within which to file specific written objections with the Court. The time to file such objections has expired and no objections to the Report and Recommendation have been filed. The Court finds itself in agreement with the Report and Recommendation of the Magistrate Judge.

/ / /

/ / /

1       IT IS ORDERED adopting the Report and Recommendation of the Magistrate
2  Judge as the order of this Court.  (Doc. 14)
3       IT IS FURTHER ORDERED that the Petition for Writ of Habeas Corpus is
4  dismissed as moot and without prejudice.
5       IT IS FURTHER ORDERED denying as moot Petitioner's Motion to Dismiss.
6  (Doc. 13)
7       IT IS FURTHER ORDERED directing the Clerk to enter judgment accordingly.

10      Dated this 31st day of January, 2014.

_____
Susan R. Bolton
United States District Judge